1 | WO

2

3

4

5

6 | **IN THE UNITED STATES DISTRICT COURT**

7 | **FOR THE DISTRICT OF ARIZONA**

8

9 | United States of America,  | NO. 19-01014MJ-001

10 | Plaintiff,  | **MATERIAL WITNESS ORDER OF DETENTION**

11 | v.

12 | Rogelio de Jesus Portillo-Angel,

13 | Defendant.

14

15 | Defendant, Rogelio de Jesus Portillo-Angel, having been charged in the District of

16 | Arizona with a violation of Count One of Title 8 United States Code Section

17 | 1324(a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of the

18 | Department of Homeland Security Customs and Border Protection filed in this case, the

19 | following persons can provide testimony that is material to the offense(s) alleged in the

20 | complaint:

21 | Jose Enriquez Medina-Palacios

22 | Mayra Medina-Arellano

23 | The Magistrate Judge finds that it may become impracticable to secure the

24 | presence of the witness(es) by subpoena in further proceedings because they are not in

25 | the United States legally and have no legal residence or employment in this Country.

26 | IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144

27 | in a corrections facility separate, to the extent practicable, from persons awaiting or

28 | serving sentences or being held in custody pending appeal. The witness(es) shall be

afforded a reasonable opportunity for private consultation with counsel.

Dated this 14th day of January, 2019.

Honorable Bruce G. Macdonald
United States Magistrate Judge